United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Trent Haydel, individually and on behalf of all others similarly situated, Plaintiffs | ) ) ) ) |
| v. | ) Civil Action No. 19-24873-Civ-Scola ) ) |
| Stress Free Health Options, Inc., Defendant. | ) ) |

## Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Vol. Dismissal, ECF No. 12). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on February 27, 2020.

_____
Robert N. Scola, Jr.
United States District Judge